UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-MJ-1159-JG

IN RE: SEARCH WARRANT FOR                 :
                                          :
                                          :
                                          :    ORDER TO UNSEAL
                                          :
The person of Theresa Togba,              :
also known as "Iola Lorraine Russ",       :
to obtain a DNA sample                    :

This case comes before the court on the motion by the government to unseal this matter in its entirety. As grounds for the motion, the government represents that given the status of the investigation, and the arrest of the individual subject to the search warrant, there is no longer a need to maintain this matter under seal.

Having duly considered the motion, and for good cause shown, the court hereby GRANTS the motion. The Clerk is DIRECTED to unseal this matter, including all documents filed therein.

Dated: October 4, 2017

*Robert T. Numbers II*
_____
Robert T. Numbers, II
United States Magistrate Judge